■ ALICE TOOMEY, as Administratrix of the Estate of THOMAS P. TOOMEY, Deceased, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— In an action to recover damages for wrongful death, for conscious pain and suffering and for assault, the appeal is from an order granting a motion for an examination of appellant before trial and for a discovery and inspection. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ MICHAEL TRILLING, Respondent, v. CONNECTICUT INDEMNITY COMPANY, Appellant.— In an action on an insurance policy to recover for losses by reason of theft, the appeal is from an order insofar as it denied, in part, appellant's motion to examine before trial designated witnesses. Order modified by striking therefrom the second ordering paragraph and by adding to the first ordering paragraph after the words "that the witnesses" the words "Samuel Levine"; by adding to item "1." in the first ordering paragraph after the words "Arthur Rosen" the words "and Samuel Levine", and after the words "place of purchase" the words "and purchase price"; by adding to said paragraph after item "4." the words "AS TO SAMUEL LEVINE", and by adding to said paragraph items "5.", "6." and "7." as contained in the notice of motion dated January 20, 1956. As so modified, order, insofar as appealed from, affirmed, with $10 costs and disbursements to appellant; examination to proceed on five days' notice. Under the circumstances, the appellant is entitled to examine with respect to all of the items set forth in the notice of motion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■

## (May 24, 1956)

■ In the Matter of JOHN T. O'CONNELL, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order reversed on the facts, without costs, and application granted, without costs. The finding of the Special Term that respondent Jacob Smith had a legal residence at 169–19 118th Avenue, in the 62nd election district of the Eleventh Assembly District in the County of Queens, is against the weight of the credible evidence. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.